No. 445. SHELL CO. (PUERTO RICO), LTD., *v.* SECRETARY OF THE TREASURY OF PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Fernando Ruiz-Suria* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Americo Serra,* Assistant Solicitor General, for respondent.

No. 452. ALLIED VAN LINES, INC., *v.* ZIMMERMAN. C. A. 9th Cir. Certiorari denied. *John P. McCarthy* for petitioner. *John E. Madden* for respondent.

No. 453. TYLER *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied. *Stanley E. Preiser* for petitioner.

No. 456. ETCHEVERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 457. WOJCIK *v.* PALMER ET AL. C. A. 7th Cir. Certiorari denied. *Harold Z. Kaplan* for petitioner. *Joseph F. Elward* for Palmer et al., and *John C. Melaniphy, pro se, Sydney R. Drebin* and *Harry H. Pollack* for Melaniphy et al., respondents.

No. 466. SURREY ET AL. *v.* LADD, COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *Margaret Laurence, Herbert I. Sherman* and *Dean Laurence* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for respondent.